# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-21-00076-CV

**In re Wesley H. Mau, Hays County Criminal District Attorney**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## O R D E R

**PER CURIAM**

Relator Wesley H. Mau has filed a petition for writ of mandamus and motion for temporary relief. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay the trial court's order requiring the State to duplicate and provide copies of the forensic interview recordings pending further order of this Court. *See id*. 52.10(b). The Court also orders the real party in interest to file a response addressing the recent decision by the Court of Criminal Appeals of Texas in *In re State ex rel. Ogg*, No. WR-91,936-01, 2021 WL 800761 (Tex. Crim. App. Mar. 3, 2021) on or before Monday, March 22, 2021.

It is ordered on March 16, 2021.

Before Justices Goodwin, Triana, and Kelly.